IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THOMAS W. SHELLEY,

          Plaintiff,                      ORDER

v.

                                              08-cv-107-bbc

RANDY HOENISCH and
ROBERT DICKMAN,

          Defendants.

---

      This is a prisoner civil rights lawsuit in which plaintiff Thomas W. Shelley, currently imprisoned at the Jackson Correctional Institution, alleges that while he was detained at the Marathon County jail, in 2006-07, that facility denied him needed medication because he could not pay for it in advance. On January 27, 2009, this court denied plaintiff's motions to compel discovery and for sanctions, dkt. ## 116, 144, 153, 160 and for issuance of subpoenas and supplement to that motion, dkt. ## 117 and 118. This court stated in that order defendants have no additional discoverable information to provide. However, plaintiff has not been deterred and has filed two new motions to compel discovery, dkt. ##s 171 and 172.

      This court will briefly address these motions. First, plaintiff moves to compel a request for admissions #6. This motion will be denied because these requests for admissions was not addressed to a party in this case as required by Fed. R. Civ. P. 36(a)(1). Second, plaintiff renews his earlier motion to compel, dkt. # 99, which I denied on November 24, 2008. I will deny this renewed motion to compel because he has received all the discovery material to which he is entitled.

      I am strongly suggesting that plaintiff stop filing motions to compel discovery. He is wasting his time. His time would be better spent opposing the pending summary judgment.

ORDER

It is ORDERED that plaintiff's motions to compel discovery, dkt. ## 171 and 172 are DENIED.

Entered this 11th day of February, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge