IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THOMAS W. SHELLEY,

                 Plaintiff,                               ORDER

      v.

                                                    08-cv-107-bbc

ROBERT DICKMAN,

                 Defendant.

---

        This is a prisoner civil rights lawsuit in which plaintiff Thomas W. Shelley, currently imprisoned at the Jackson Correctional Institution, alleges that while he was detained at the Marathon County jail, in 2006-07, that facility denied him needed medication because he could not pay for it in advance.   In my February 11, 2009 order, I strongly suggested that plaintiff stop filing motions to compel discovery.  On February 19, 2009, plaintiff filed another motion to compel discovery, seeking to compel responses to his seventh request for production of documents.  That same date defendant filed a certificate of service that he had mailed his response to this request to plaintiff.  Therefore, I will deny plaintiff's motion to compel as moot.

ORDER

      IT IS ORDERED that plaintiff's motion to compel discovery, dkt. #186, is DENIED.

        Entered this 3rd day of March, 2009.

                             BY THE COURT:

                             /s/

                             STEPHEN L. CROCKER
                             Magistrate Judge