# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

THOMAS W. SHELLEY,

    Plaintiff,

v.

RANDY HOENISCH and
ROBERT DICKMAN,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-107-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER

Peter Oppeneer, Clerk

/s/ M. Hardin

by Deputy Clerk

_____3/11/09_____
Date